UNITED STATES DISTRICT COURT 
 EASTERN DISTRICT OF MISSOURI 
 EASTERN DIVISION 

WHITNEY NICOLE SMITH, ) 
 ) 
 Plaintiff, ) 
 ) 
 v. ) Case No. 4:22 CV 744 RWS 
 ) 
ST. LOUIS COUNTY JUSTICE CENTER, ) 
 ) 
 Defendant. ) 

 MEMORANDUM AND ORDER 

 This matter is before the Court on the post-dismissal filing of Plaintiff Whitney Nicole 
Smith’s amended complaint. [ECF No. 5]. I will vacate the order of dismissal in this action. 
 Smith, a pretrial detainee, filed the instant action against the St. Louis County Justice 
Center on July 12, 2022. On July 13, 2022, the Court ordered Smith to amend her complaint on a 
Court form and either pay the $402 filing fee or file a motion to proceed in forma pauperis. She 
was ordered to do so within twenty-one (21) days of the Court’s order, or no later than August 3, 
2022. 
 On August 8, 2022, after Smith failed to file an amended complaint and a motion to proceed 
in forma pauperis or pay the full filing fee in a timely manner, the Court dismissed this action 
pursuant to Federal Rule of Civil Procedure 41(b). However, on August 16, 2022, the Court 
received a filing from Smith titled “Amended Complaint.” Attached to the end of the amended 
complaint is a form motion for moving to proceed in forma pauperis. The declaration portion of 
the amended complaint states that Smith placed the amended complaint in the mail at the Justice 
Center on July 18, 2022. 
 The Court finds that application of the prison mailbox rule is appropriate in this instance, 
such that Smith’s amended complaint should be considered filed at the time she delivered it to the 
prison authorities for forwarding to the Court. See Houston v. Lack, 487 U.S. 266, 276 (1988); see 
also Sulik v. Taney Cnty, Mo., 316 F.3d 813, 814 (8th Cir. 2003), abrogated on other grounds by 
Sulik vy. Taney Cnty., Mo., 393 F.3d 765 (8th Cir. 2005). As such, I will vacate the order of dismissal 
entered on August 8, 2022, and refer Smith’s amended complaint for review pursuant to 28 U.S.C. 
§ 1915 for frivolousness, maliciousness and failure to state a claim. 
 Accordingly, 
 IT IS HEREBY ORDERED that the order of dismissal entered on August 8, 2022, [ECF 
No. 3], is VACATED. 
 IT IS FURTHER ORDERED that the Clerk shall detach Plaintiff Whitney Nicole 
Smith’s motion to proceed in forma pauperis from the amended complaint, [ECF No. 5], and file 
it as a separate motion. 
 IT IS FURTHER ORDERED that Smith’s amended complaint shall be subject to review 
under 28 U.S.C. § 1915 for frivolousness, maliciousness and failure to state a claim.
 RODNAY W. SIPPEC 
 UNITED STATES DISTRICT JUDGE 
Dated this 18th day of August, 2022.